FILED
MAY 16 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-103-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| TERRANCE TYRELL EDWARDS, | |
| Defendant. | |

On April 27, 2017, the Government moved for pretrial determination of admissibility of certain business records. (Doc. 91). While the Government indicated in its motion that Edwards objected, Edwards did not file a response to the motion. Accordingly, the Government's motion (Doc. 91) is granted. *See* Mont. C. R. L. R. 47.2(b).

It is hereby ORDERED that at trial, the records identified in Governments' Motion at pp. 3-4, including backpage.com, Spotlight, and various hotel records, shall be admitted without foundation testimony from the records custodians or

other qualified witnesses as long as the records are authenticated in accordance with Rule 902(11) of the Federal Rules of Civil Procedure.

DATED this 16th day of May, 2017.

Susan P. Watters
United States District Court