

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-103-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TERRANCE TYRELL EDWARDS, | |
| Defendant. | |

On May 22, 2017, the Government moved in *limine* to preclude the defendant from asserting at trial that he did not know the age of the victims or he reasonably believed they were eighteen years or older. (Doc. 124 at 4-5). The government also moved to exclude improper "good character" evidence. (*Id.* at 6-8).

Edwards did not file a response to the motion. Accordingly, the Government's motion (Doc. 124) is granted. *See* Mont. C. R. L. R. 47.2(b).

DATED this 8th day of June, 2017.

Susan P. Watters
United States District Court

1