FILED
JUN 3 0 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-103-BLG-SPW |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| TERRANCE TYRELL EDWARDS and FRANCINE JOANN GRANADOS, | |
| Defendants. | |

The United States' has moved to rejoin the trials for defendants Terrence Tyrell Edwards and Francine Joann Granados. (Doc. 144). Edwards does not oppose the motion. While the Government indicated in its motion that Granados objects to the motion, Granados did not file a response. Based on the United States' motion, and good cause appearing in support thereof, the Government's motion (Doc. 144) is granted. See Mont. C. R. L. R. 47.2(b).

The United States also moves this Court for a continuance of the trial until September 25, 2017. That motion shall be granted by separate order.

1

Dated this 30th day of June, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge