FILED

JAN 17 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-103-BLG-SPW-1 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TERRANCE TYRELL EDWARDS, | |
| Defendant. | |

Before the Court are two letters filed pro se by Defendant Terrance Edwards titled "Motion for Interlocutory Appeal," (Doc. 239), and "Motion to Disclose Material Information." (Doc. 240). The Court advised Edwards on December 28, 2017, that it would not consider his pro se filings when he had counsel. (Doc. 221). Despite having been so advised, Edwards continues to submit documents pro se.

Accordingly, this Court finds that, pursuant to D. Mont. L.R. CR 44.1, Edwards pro se submissions will be filed as letters and sealed, with access provided only to Edwards' counsel and the United States. Pro se submissions will be addressed only in the Court's discretion. With respect to the two motions at issue, the Court declines to address them. If Edwards wants to pursue them, he may do so as approved by the Court, through his court-appointed counsel.

1

DATED this 17th day of January 2018.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge