

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRANCE TYRELL EDWARDS and FRANCINE JOANN GRANADOS,<br><br>Defendants. | CR 16-103-BLG-SPW<br><br>ORDER |

IT IS ORDERED that counsel of record <u>and their staff</u> shall be allowed to bring personal electronic devices, including cell phones and laptops, into the James F. Battin United States Courthouse, in preparation for and during trial of the above-captioned action.

Counsel of record are:

Palmer A. Hoovestal – Counsel for Terrance Tyrell Edwards

Brian P. Fay – Counsel for Francine Joann Granados

Zeno B. Baucus and Cyndee L. Peterson – Counsel for the Government

Counsel are cautioned that cell phones must be turned off during court proceedings.

DATED this 29th day of January, 2018.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. District Judge