**FILED**

JAN 3 1 2018

Clerk, U S District Court
District Of Montana
Billings

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRANCE TYRELL EDWARDS, FRANCINE JOANN GRANADOS,<br><br>Defendant. | CR-16-103-BLG-SPW<br><br>ORDER |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 29th day of January, 2018.

Honorable Susan P. Watters
United States District Judge